IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No. 25-0879 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| HERIBERTO SALAZAR-AMAYA et al., | ) | |
| | ) | |
| Defendant. | ) | |

## FIRST UNITED STATES' EXHIBIT LIST

The United States of America submits this first list of exhibits for trial in this matter. The United States reserves the right to supplement this list.

Respectfully submitted,

RYAN ELLISON
United States Attorney

*Electronically filed 7/17/2025*
MATTHEW MCGINLEY
ELAINE RAMIREZ
BLAKE NICHOLS
RAQUEL RUIZ-VELEZ
Assistant United States Attorneys
201 Third Street NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274
(505) 346-7296 fax

I HEREBY CERTIFY that on the 17th
day of July, 2025 I filed the foregoing
pleading electronically through the CM/ECF
system, which caused counsel of record
to be served by electronic means on this date.
*/s/*
Raquel Ruiz-Velez
Assistant U.S. Attorney

| United States' Exhibit List | *United States v. Salazar-Amaya et al.*, 25-CR-0879 JB |
|---|---|
| Presiding Judge: **James O. Browning** | |

| USA No. | Def Ltr. | Witnes s | Date Off. | Obj. | Adm. | Description of Exhibits | |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | N-34<br>4/19/2024<br>Disc containing photographs of surveillance conducted on April 12, 2024. | |
| 2 | | | | | | N-37<br>4/19/2024<br>Disc containing photographs and videos of surveillance conducted on April 18, 2024. | |
| 3 | | | | | | N-2062<br>Photographs of buy/walk conducted on July 24, 2024. | |
| 4 | | | | | | N-2049<br>Media exhibits from July 24, 2024, buy/walk. | |
| 5 | | | | | | N-2050<br>A grey Verizon bag. | |
| 6 | | | | | | Exhibit 2019<br>7/24/2025<br>Fentanyl – 4,888 pills – 531 g | |
| 7 | | | | | | N-146<br>1/7/2025<br>Surveillance video captured on September 12, 2024. | |
| 8 | | | | | | N-79<br>9/30/2024<br>Two discs containing footage of the surveillance on August 14, 2024. | |
| 9 | | | | | | N-191<br>4/16/2025<br>Video of surveillance conducted on August 17, 2024. | |
| 10 | | | | | | N-80<br>8/21/2024<br>Screenshots of Airbnb listing for 8705 Sugarite Trail NE, ABQ NM and review left by "Heriberto." | |
| 11 | | | | | | N-83<br>8/23/2024 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Photos, videos and Airbnb information collected on August 16, 2024, during the surveillance of 2900 Vista Del Rey NE, Building 18, Albuquerque, NM. | |
| 12 | | | | | | N-84<br>8/26/2024<br>Photographs and videos of surveillance conducted on August 20, 2024. | |
| 13 | | | | | | N-88<br>8/22/2024<br>Video of surveillance conducted on August 22, 2024. | |
| 14 | | | | | | N-89<br>8/22/2024<br>Photographs of surveillance conducted on August 22, 2024. | |
| 15 | | | | | | N-90<br>8/26/2024<br>Photographs of surveillance conducted on August 23, 2024. | |
| 16 | | | | | | N-91<br>8/26/2024<br>Videos of surveillance conducted on August 25, 2024. | |
| 17 | | | | | | N-2055<br>A "Grainger" box | |
| 18 | | | | | | N-2056<br>Photographs, audio recordings, and other media from September 9, 2024, buy/walk. | |
| 19 | | | | | | N-2059<br>Photographs taken on September 9, 2024. | |
| 20 | | | | | | Exhibit 2022<br>9/9/2024<br>Fentanyl 9,585 pills – 1096 grams | |
| 21 | | | | | | N-78<br>9/12/2024<br>Two discs containing videos and photographs from surveillance conducted on August 12, 2024. | |
| 22 | | | | | | N-97<br>9/10/2024<br>One disc containing T-III data for ******0721 (Anesi Phone 2). | |
| 23 | | | | | | N-103<br>9/17/2024 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | One DVD-R with GPS data for ******0721 (Anesi Phone 2) from August 9, 2024, to September 8, 2024. | |
| 24 | | | | | N-101<br>9/26/2024<br>Photographs of surveillance conducted on Sept. 10, 2024. | |
| 25 | | | | | N-118<br>9/30/2024<br>A Blu-Ray disc containing T-III data for ******0877 (SOS Telephone 1). | |
| 26 | | | | | N-115<br>10/1/2024<br>Photographs of surveillance camera footage obtained at Extra Space Storage on Sept. 27, 2024. | |
| 27 | | | | | N-119<br>10/1/2024<br>Documents from Extra Space Storage, 4909 Juan Tabo Blvd NE, Albuquerque, NM 87111 regarding storage units. | |
| 28 | | | | | N-120<br>10/1/2024<br>Documents from 8300 Wyoming Blvd NE Albuquerque, NM (Arterra Apartments) related to the tenants of apt #0914. | |
| 29 | | | | | N-102<br>10/10/2024<br>Photographs of white Colorado and silver F-150 traveling from Phoenix to Albuquerque on Sept. 7, 2024. | |
| 30 | | | | | N-109<br>10/17/2024<br>Audi recording of ruse phone call to ******0877 (SOS Telephone 1) conducted on September 11, 0224. | |
| 31 | | | | | N-110<br>10/17/2024<br>Video recording related to recorded ruse phone call (N-109) conducted on Sept. 11, 2024, in Las Vegas, Nevada. | |
| 32 | | | | | N-121<br>10/15/2024<br>Bank statements from Chase. | |
| 33 | | | | | N-113<br>6/6/2025 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Documents from Five Star Storage, 2050 N. Fairfield Road, Layton, UT 84041. | |
| 34 | | | | | N-122<br>10/15/2024<br>Documents from Expedia, Inc. regarding airline tickets and a hotel reservation. | |
| 35 | | | | | N-123<br>10/16/2024<br>Documents from Volaris airlines. | |
| 36 | | | | | N-124<br>10/17/2024<br>Audio recording of ruse phone calls to ******9161 (HSA Phone 6). | |
| 37 | | | | | N-284<br>1/13/2025<br>Videos from the Extra Space storage facility located at 4909 Juan Tabo Blvd NE, Albuquerque, NM 87111 from August 1, 2024, to October 30, 2024. | |
| 38 | | | | | N-8019<br>11/18/2024<br>T-III evidence disc from telephone number ******8920 (Sedillo Phone 1). | |
| 39 | | | | | N-8016<br>11/13/2024<br>Black iPhone with black case | |
| 40 | | | | | Phone Extraction Reports for ******8920 | |
| 41 | | | | | N-8017<br>11/13/2024<br>Photographs of the execution of the search warrant conducted at 8006 Morrow Ave, Albuquerque, NM on November 13, 2024. | |
| 42 | | | | | N-8000<br>11/13/2024<br>A clear plastic freezer style bag containing further packaging material consistent with the appearance of drug packaging. | |
| 43 | | | | | N-8001<br>11/13/2024<br>A Kolibri money counter located on top of the kitchen counter of the residence. | |
| 44 | | | | | N-8002<br>11/13/2024 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | A Smith & Wesson M&P Bodyguard that was located in the top kitchen drawer, opposite of the refrigerator. | |
| 45 | | | | | | N-8002a<br>11/13/2024<br>A S&W branded magazine with approximately two .380 cartridges. | |
| 46 | | | | | | N-8003<br>11/13/2024<br>A Glock style P80 pistol with a silver in color slide and black in color plastic frame, chambered in 9mm. | |
| 47 | | | | | | N-8003a<br>11/13/2024<br>One generic thirty-three (33) round capacity pistol magazine. | |
| 48 | | | | | | N-8004<br>11/13/2024<br>One Bushmaster XM15-E2S rifle, chambered in .223/5.56. | |
| 49 | | | | | | N-8004a<br>11/13/2024<br>One PMAG thirty round capacity AR-15 magazine and approximately twelve rifle cartridges. | |
| 50 | | | | | | N-8005<br>11/13/2024<br>One American Tactical Omni Hybrid rifle. | |
| 51 | | | | | | N-8005a<br>11/13/2024<br>One PMAG forty round capacity AR-15 magazine and approximately 28 (12) rifle cartridges. | |
| 52 | | | | | | N-8006<br>11/13/2024<br>One Palmetto State Armory PA-15 multi caliber rifle. | |
| 53 | | | | | | N-8006a<br>11/13/2024<br>One metal magazine. | |
| 54 | | | | | | N-8007<br>11/13/2024<br>Various magazines and ammunition found throughout the master bedroom of the residence. | |

| 55 | | | | | | N-8008<br>11/13/2024<br>One dark blue Nautica branded suitcase located within the trunk of the wrecked Dodge Challenger that was within the garage of the residence. | |
|----|---|---|---|---|---|---|---|
| 56 | | | | | | N-8009<br>11/13/2024<br>One white binder containing assorted documents. | |
| 57 | | | | | | N-8010<br>11/13/2024<br>One Remington branded box containing approximately eighteen 9mm cartridges. | |
| 58 | | | | | | N-8011<br>11/13/2024<br>A black and blue container, located dresser drawer of room. | |
| 59 | | | | | | Photographs of $72,445.00 in U.S. Currency. | |
| 60 | | | | | | N-8020<br>A Blu-Ray disc containing T-III data for ******1226 (Montoya Telephone 1) | |
| 61 | | | | | | N-8021<br>Two Blu-Ray discs containing T-III data for ******9371 (Garcia Telephone 1). | |
| 62 | | | | | | N-8013b<br>11/13/2024<br>Photograph of $25,495.00 in U.S. Currency. | |
| 63 | | | | | | N-8014b<br>11/13/2024<br>Photograph of $46,950.00 in U.S. Currency. | |
| 64 | | | | | | N-8015<br>11/13/2024<br>A receipt with Bruce SEDILLO's name on it located in a tan backpack. | |
| 65 | | | | | | N-8018<br>11/13/2024<br>A Max-9 Ruger handgun (SN: 350054688). | |
| 66 | | | | | | N-8018a<br>11/13/2024<br>A firearm magazine and nine bullets. | |
| 67 | | | | | | Exhibit 8000 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 11/13/2024<br>Fentanyl 22,236 pills | |
| 68 | | | | | Exhibit 8001<br>11/13/2024<br>Fentanyl 12 pills | |
| 69 | | | | | Exhibit 8004<br>11/13/2024<br>Fentanyl 2,041 pills | |
| 70 | | | | | Exhibit 8005<br>11/13/2024<br>Fentanyl 50,048 pills | |
| 71 | | | | | Exhibit 8006<br>11/13/2024<br>Fentanyl 57,563 pills | |
| 72 | | | | | Exhibit 8007<br>11/13/2024<br>Fentanyl 10,100 pills | |
| 73 | | | | | Exhibit 8008<br>11/13/2024<br>Fentanyl 19 pills | |
| 74 | | | | | N-126<br>11/13/2024<br>Documents from Wheat Ridge Self Storage at 4901 Marshall St, Wheat Ridge, CO 80033. | |
| 75 | | | | | N-173<br>3/4/2025<br>Surveillance footage captured at the Extra Space Storage facility located at 4909 Juan Tabo Blvd NE, Albuquerque NM 87111 from October 30, 2024, to December 12, 2024. | |
| 76 | | | | | N-137<br>12/3/2024<br>Three Blu-Ray discs containing T-III data for ******3554 (HSA Phone 3), ******9161 (HSA Phone 6) and ******9583 (HSA Phone 7). | |
| 77 | | | | | N-147<br>1/7/2025<br>Documents regarding T-Mobile billing information related to phone numbers 702-366-6653, 702-510-7290, 702-572-0768. | |
| 78 | | | | | N-148<br>1/21/2025 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Records from Extra Space Storage located at 2555 S. Lewis Way, Lakewood, CO 80227. | |
| 79 | | | | | N-157<br>2/7/2025<br>Video footage of storage unit located at 108880 Unser Boulevard NW Albuquerque, NM, on January 7, 2025. | |
| 80 | | | | | N-150<br>1/28/2025<br>Discs containing footage of a surveillance operation conducted on January 28, 2025. | |
| 81 | | | | | N-151<br>1/28/2025<br>Photographs of surveillance conducted on January 28, 2025. | |
| 82 | | | | | N-152<br>1/30/2025<br>Discs containing footage of a surveillance operation on January 30, 2025. | |
| 83 | | | | | N-153<br>2/4/2025<br>Disc of surveillance video of co-conspirator at the Chevrolet Silverado. | |
| 84 | | | | | N-154<br>2/4/2025<br>Three Blu-Ray discs containing T-III data for ******4990 (HSA Phone 11), ******7496 (HSA Phone 12, and ******0736 (HSA Phone 13). | |
| 85 | | | | | N-714<br>2/7/2025<br>Documents from Extra Space Storage unit, located at 10880 Unser Boulevard NW, Albuquerque, NM on Feb. 7, 2025. | |
| 86 | | | | | N-175<br>3/4/2025<br>Camera footage captured at the Extra Space Storage facility located at 4909 Juan Tabo Blvd NE Albuquerque, NM. | |
| 87 | | | | | N-114<br>6/6/2025<br>A video and a picture from the Extra Space Storage located at 4909 Juan Tabo Blvd NE. | |
| 88 | | | | | N-183 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | 3/20/2025<br>Videos and photos during surveillance conducted on March 12, 2025. | |
| 89 | | | | | | N-176<br>3/12/2025<br>Surveillance footage from March 12, 2025. | |
| 90 | | | | | | N-178<br>3/18/2025<br>Videos from Extra Storage Space and a receipt for unit 2721 on March 18, 2025. | |
| 91 | | | | | | N-179<br>3/20/2025<br>Video of surveillance conducted on March 19,2025, and March 20, 2025. | |
| 92 | | | | | | N-180<br>3/21/2025<br>Video of surveillance conducted at Tramway Blvd. #R-119 in Albuquerque, NM. | |
| 93 | | | | | | N-192<br>3/28/2025<br>Video from the Extra Space storage facility on March 22, 23 and 27, 2025. | |
| 94 | | | | | | N-181<br>3/23/2025<br>Surveillance footage of 18221 Otero Ave NE, Albuquerque, NM on March 23, 2025. | |
| 95 | | | | | | N-182<br>3/27/2025<br>Photographs and video of surveillance conducted on March 26, 2025. | |
| 96 | | | | | | N-184<br>4/14/2025<br>Video of surveillance conducted at 5602 Gold Rush Dr NW, ABQ, NM on March 26, 2025. | |
| 97 | | | | | | N-185<br>4/3/2025<br>Surveillance footage of 8221 Otero Ave. NE Albuquerque, NM, on April 3, 2025. | |
| 98 | | | | | | N-186<br>4/14/2025<br>Photographs and video of surveillance conducted on April 7, 2025. | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 99 | | | | | | N-186a<br>4/7/2025<br>Video of surveillance conducted on April 7, 2025. | |
| 100 | | | | | | N-187<br>4/14/2025<br>Videos from the Extra Storage Facility located at 10880 Unser Boulevard, Albuquerque, NM from March 23, 2025, to April 7, 2025. | |
| 101 | | | | | | N-188<br>4/14/2025<br>Video footage of surveillance conducted on April 10, 2025. | |
| 102 | | | | | | N-189<br>4/14/2025<br>Video of surveillance conducted on April 10, 2025. | |
| 103 | | | | | | N-189a<br>4/18/2025<br>Recording of UC purchase on April 10, 2025. | |
| 104 | | | | | | N-190<br>4/14/2025<br>Two Blu-Ray discs containing T-III data for ****** (HSA Phone 11) and ****** (HSA Phone 12). | |
| 105 | | | | | | N-193<br>4/18/2025<br>Videos of surveillance conducted on March 28, 2025, April 7, 2025, and April 16, 2025, from the Extra Storage Facility located at 10880 Unser Boulevard NW, Albuquerque, NM. | |
| 106 | | | | | | N-177<br>4/22/2025<br>Discs containing T-III data for ******9164 (HSA Phone 15). | |
| 107 | | | | | | N-194<br>4/22/2025<br>Video footage of the Extra Space Storage located at 4909 Juan Tabo NE, Abq NM 87111. | |
| 108 | | | | | | N-195<br>4/29/2025 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Three Blu-Ray discs containing T-III data for ******4990 (HSA Phone 11), ******7496 (HSA Phone 12) and ******9164 (HSA Phone 15). | |
| 109 | | | | | N-1000<br>4/28/2025<br>One black iPhone with a black phone case. | |
| 110 | | | | | N-1001<br>4/28/2025<br>One black iPhone with a black and green case with a poison apple sticker. | |
| 111 | | | | | N-1002<br>4/28/2025<br>One black and silver money counter model number AL-1000. | |
| 112 | | | | | N-1003<br>4/28/2025<br>One grey Samsung bearing IMEI 355901955577663, Serial Number R5CY32AG1YR with a black charging cable attached. | |
| 113 | | | | | N-1004<br>4/28/2025<br>One black iPhone with no case. | |
| 114 | | | | | N-1005<br>4/28/2025<br>One white Motorola phone with a baseball sticker on the back, type:MC3EF | |
| 115 | | | | | N-1006<br>4/28/2025<br>One Entamex Licensed money transmitter document. | |
| 116 | | | | | N-1007<br>4/28/2025<br>One black iPhone with a black case. | |
| 117 | | | | | N-1008<br>4/28/2025<br>One white iPhone with a clear case. | |
| 118 | | | | | N-1009<br>4/28/2025<br>One blue oddo phone, containing no IMEI. | |
| 119 | | | | | N-1010<br>4/28/2025<br>One Barri Money Services LLC Receipt. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 120 | | | | | N-1011<br>S4/28/2025<br>Documents seized from an Airbnb rental. | |
| 121 | | | | | N-1012<br>4/28/2025<br>One black phone bearing<br>IMEI:359053140114667, S/N:<br>W82202006166. | |
| 122 | | | | | N-1013<br>4/28/2025<br>One black phone bearing<br>IMEI:359053140114675, S/N:<br>W82202006167. | |
| 123 | | | | | N-1014<br>Identification cards for Rigoberto Campos<br>Arellano and Jose Romero Rodriguez, one<br>Limosine Express Receipt and one Inter<br>Cambio Express Receipt. | |
| 124 | | | | | N-1015<br>4/28/2025<br>One black iPhone with a black case. | |
| 125 | | | | | N-1016<br>4/28/2025<br>One black Samsung bearing<br>IMEI:35236378674158247. | |
| 126 | | | | | N-1017<br>4/28/2025<br>One black Samsung bearing<br>IMEI:353138606110626. | |
| 127 | | | | | N-1018<br>4/28/2025<br>One black Kolibri Automatic bill counter. | |
| 128 | | | | | N-1019<br>4/28/2025<br>One black composition notebook. | |
| 129 | | | | | N-1020<br>4/28/2025<br>Money transfer receipts. | |
| 130 | | | | | N-1021<br>4/28/2025<br>One black Puma duffle bag which<br>previously contained $215,744.00 in U.S.<br>Currency. | |
| 131 | | | | | N-1022<br>4/28/2025<br>$215,744.00 in U.S. Currency | |

| 132 |  |  |  |  | N-1022a<br>5/7/2025<br>Self-sealing evidence envelope and rubber bands previously containing $215,744.00 prior to money count. |  |
| 133 |  |  |  |  | N-1022b<br>5/7/2025<br>Photograph of $215,744.00 in original location. |  |
| 134 |  |  |  |  | N-1022c<br>5/27/2025<br>One picture of exhibit $215,744.00 in place. |  |
| 135 |  |  |  |  | N-1023<br>5/8/2025<br>Photographs of the search warrant that was executed at 6700 Cantata, Space 6704, Albuquerque, NM. |  |
| 136 |  |  |  |  | 4/28/2025<br>Photographs of Blue 2019 Ford F-150 Raptor |  |
| 137 |  |  |  |  | N-1050<br>5/12/2025<br>Photographs from search warrant of a 2019 Chevy Silverado executed on April 28, 2025 in Abq, NM. |  |
| 138 |  |  |  |  | N-1051<br>4/28/2025<br>One blue/black duffel bag |  |
| 139 |  |  |  |  | N-1052<br>4/28/2025<br>One blue/black duffel bag, one black Adidas duffel bag, one camo Champion duffel bag, one blue Champion duffel bag, one black PNM drawstring bag, one grey Triple Gear backpack, and one camo Jordan lunch box |  |
| 140 |  |  |  |  | N-1053<br>4/28/2025<br>One black Outdoor Products backpack |  |
| 141 |  |  |  |  | N-1054<br>4/28/2025<br>One black and yellow Project Source 27-gallon Commander Storage Tote |  |
| 142 |  |  |  |  | Exhibit 1050<br>4/28/2025 |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Fentanyl – 546,293 / 63.33 kg | |
| 143 | | | | | Exhibit 1051<br>4/28/2025<br>Cocaine – Powder 1004 g | |
| 144 | | | | | Exhibit 1052<br>4/28/2025<br>Methamphetamine – 31 g | |
| 145 | | | | | Exhibit 1053<br>4/28/2025<br>Heroin – 1025 g | |
| 146 | | | | | Exhibit 1054.01<br>4/28/2025<br>Fentanyl – Powder 2676 g | |
| 147 | | | | | Exhibit 1054.02<br>Fentanyl – Powder 670 g | |
| 148 | | | | | Exhibit 1054.03<br>Cocaine – Powder 497 g | |
| 149 | | | | | Exhibit 1055<br>4/28/2025<br>Fentanyl – Powder 12.17 g | |
| 150 | | | | | Exhibit 1056<br>4/28/2025<br>Heroin – Powder 11.9 g | |
| 151 | | | | | Exhibit 1057<br>4/28/2025<br>Heroin – Powder 73.6 g | |
| 152 | | | | | Exhibit 1058<br>4/28/2025<br>Heroin – Powder 82.3 g | |
| 153 | | | | | Exhibit 1059<br>4/28/2025<br>Methamphetamine – crystalline 593.4 g | |
| 154 | | | | | N-1150<br>4/28/2025<br>Black notebook marked "blue sky" and green notebook marked "five star" with dates, names and money amounts - drug ledgers | |
| 155 | | | | | N-1151<br>4/28/2025<br>Three black notebooks and one blue notebook, all marked "five star" with names, dates, and money amounts – drug ledgers | |
| 156 | | | | | N-1152<br>4/28/2025 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Folder marked "Carfax" and other documents | |
| 157 | | | | | | N-1153<br>4/28/2025<br>Money remitter receipts | |
| 158 | | | | | | N-1154<br>4/28/2025<br>Peel and stick labels with handwritten markings "GSV" | |
| 159 | | | | | | N-1155<br>4/28/2025<br>Money remitter receipts, some inside a plastic bag. | |
| 160 | | | | | | N-1156<br>4/28/2025<br>Red colored digital scale and red and black boxes containing digital scales marked "crimson." | |
| 161 | | | | | | N-1157<br>4/28/2025<br>Several black colored digital scales | |
| 162 | | | | | | N-1158<br>4/28/2025<br>Cellophane wrap and digital scales. | |
| 163 | | | | | | N-1159<br>4/28/2025<br>Key chain with keys and locking mechanism from B228. | |
| 164 | | | | | | N-1160<br>4/28/2025<br>Black and silver colored vacuum sealer marked "foodsaver." | |
| 165 | | | | | | N-1161<br>4/28/2025<br>Black and silver colored vacuum sealer marked "foodsaver." | |
| 166 | | | | | | N-1162<br>4/28/2025<br>Black and silver colored vacuum sealer marked "foodsaver." | |
| 167 | | | | | | N-1163<br>4/28/2025<br>Five black plastic bins with accompanying yellow lids, which previously contained portions of exhibit 1150. | |
| 168 | | | | | | N-1164 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 4/28/2025<br>Brown colored duffel bag further containing two black duffel bags, all of which previously contained a portion of Exhibit 1150. | |
| 169 | | | | | Exhibit 1150<br>4/28/2025<br>Fentanyl – 1,323,262 pills / 143405g | |
| 170 | | | | | Exhibit 1152<br>4/28/2025<br>Cocaine -Powder 285 g | |
| 171 | | | | | Exhibit 1153<br>4/28/2025<br>Heroin – Powder 49.2 g | |
| 172 | | | | | Exhibit 1154<br>4/28/2025<br>Methamphetamine – crystalline 1555g | |
| 173 | | | | | Exhibit 1155<br>4/28/2025<br>Fentanyl – Powder 1.85g | |
| 174 | | | | | Exhibit 1350<br>4/28/2025<br>Fentanyl – 1,253,038 pills / 135 kg | |
| 175 | | | | | Exhibit 1351.01<br>4/28/2025<br>Fentanyl – Powder 2995 g | |
| 176 | | | | | Exhibit 1351.02<br>Cocaine – Powder 4038 g | |
| 177 | | | | | Exhibit 1352<br>4/28/2025<br>Heroin – 1008 g | |
| 178 | | | | | N-1300<br>4/28/2025<br>One blue Motorola cell phone with blue case. | |
| 179 | | | | | N-1301<br>4/28/2025<br>One silver-Mobile cellular phone in black case. | |
| 180 | | | | | N-1302<br>4/28/2025<br>One black cellular phone with floral case. | |
| 181 | | | | | N-1303<br>4/28/2025<br>One black leather ledger seized on April 28, 2025. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 182 | | | | | N-1304<br>4/28/2025<br>One black Smith and Wesson 9mm shield pistol, serial number NJU7357. | |
| 183 | | | | | N-1304a<br>4/28/2025<br>One silver 9mm magazine contained in the magazine well of N-1304. | |
| 184 | | | | | N-1304b<br>4/28/2025<br>Eight 9mm bullets contained in N-1304a. | |
| 185 | | | | | N-1304c<br>4/28/2025<br>One multi-colored holster which contained N-1304. | |
| 186 | | | | | N-1305<br>4/28/2025<br>LORCIN pistol .380 caliber, model L380, serial #203048. | |
| 187 | | | | | N-1305a<br>4/28/2025<br>Six bullets of .380 caliber, contained in N-1305. | |
| 188 | | | | | N-1305b<br>4/28/2025<br>One silver .380 magazine, contained in N-1305. | |
| 189 | | | | | N-1306<br>4/28/2025<br>.22 caliber noise only revolver. | |
| 190 | | | | | N-1306a<br>4/28/2025<br>Two boxes of ammunition (Ramset 22 Master shot) and (22 long rifle CCI). | |
| 191 | | | | | N-1307<br>4/28/2025<br>.308 sniper rifle tan with a black scope and a tan sling, serial # B577164, HOWA Model 1500. | |
| 192 | | | | | N-1307a<br>4/28/2025<br>Two black .308 magazines. | |
| 193 | | | | | N-1307b<br>4/28/2025<br>Twenty-two .308 caliber bullets. | |
| 194 | | | | | N-1307c | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 4/28/2025<br>Four boxes of .308 ammunition;<br>two boxes: Rifle Line SP 180 grain;<br>two boxes: Full Metal Jacket Boat Tail | |
| 195 | | | | | | N-1307d<br>4/28/2025<br>Black gun case containing N-1307. | |
| 196 | | | | | | N-1308a<br>4/28/2025<br>Photograph of U.S. Currency | |
| 197 | | | | | | N-1308b<br>5/6/2025<br>DEA sealed envelope which contained US Currency. | |
| 198 | | | | | | N-1309<br>4/28/2025<br>Photographs of the execution of a search warrant conducted at a residence in Rio Rancho. | |
| 199 | | | | | | N-1352<br>4/28/2025<br>Search Warrant Photographs of 10880 Unser Boulevard NW, storage unit #2721, Abq, NM taken on April 28, 2025. | |
| 200 | | | | | | N-1350<br>4/28/2025<br>Two locks and two keys for storage locker #2721. | |
| 201 | | | | | | N-1351<br>4/28/2025<br>Five plastic yellow and black tubs. | |
| 202 | | | | | | N-1431<br>4/28/2025<br>Photographs following the execution of a search warrant at a residence in Salem, Oregon. | |
| 203 | | | | | | N-1400<br>4/28/2025<br>Reflective Colored Samsung Phone. | |
| 204 | | | | | | N-1400a<br>5/29/2025<br>Cellular device extraction from N-1400. | |
| 205 | | | | | | N-1401<br>4/28/2025<br>Blue Honor Phone with no case. | |
| 206 | | | | | | N-1401a | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 5/29/2025<br>Cellular device extraction from N-1401. | |
| 207 | | | | | N-1402<br>4/28/2025<br>Purple iPhone with no case. | |
| 208 | | | | | N-1402a<br>5/29/2025<br>Cellular device extraction from N-1402. | |
| 209 | | | | | N-1403<br>4/28/2025<br>Black iPhone with a clear case. | |
| 210 | | | | | N-1403a<br>5/29/2025<br>Cellular device extraction from N-1403. | |
| 211 | | | | | N-1404<br>4/28/2025<br>Black Samsung Phone with no case. | |
| 212 | | | | | N-1404a<br>5/29/2025<br>Cellular device extraction from N-1404. | |
| 213 | | | | | N-1405<br>4/28/2025<br>Purple iPhone with clear case with Jesus card. | |
| 214 | | | | | N-1405a<br>5/29/2025<br>Cellular device extraction from N-1405. | |
| 215 | | | | | N-1406<br>4/28/2025<br>Green iPhone with blue case. | |
| 216 | | | | | N-1406a<br>5/29/2025<br>Cellular device extraction from N-1406. | |
| 217 | | | | | N-1407<br>4/28/2025<br>White iPhone with no case. | |
| 218 | | | | | N-1408<br>4/28/2025<br>Navy blue iPhone with no case. | |
| 219 | | | | | N-1409<br>4/28/2025<br>Green iPhone with a clear case and cowboy sticker. | |
| 220 | | | | | N-1409a<br>5/29/2025<br>Cellular device extraction from N-1409. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 221 | | | | | N-1410<br>4/28/2025<br>Verizon Flip Phone. | |
| 222 | | | | | N-1410a<br>5/29/2025<br>Cellular device extraction from N-1410. | |
| 223 | | | | | N-1411<br>4/28/2025<br>Silver iPhone with a clear case and Seattle, Washington sticker. | |
| 224 | | | | | N-1412<br>4/28/2025<br>Navy Blue iPhone with a black case. | |
| 225 | | | | | N-1412a<br>5/29/2025<br>Cellular device extraction from N-1412. | |
| 226 | | | | | N-1413<br>4/28/2025<br>Green iPhone with clear case. | |
| 227 | | | | | N-1413a<br>5/29/2025<br>Cellular device extraction from N-1413. | |
| 228 | | | | | N-1414<br>4/28/2025<br>Black iPhone with clear case. | |
| 229 | | | | | N-1415<br>4/28/2025<br>Light Blue Android phone with no case. | |
| 230 | | | | | N-1416<br>Black Samsung Phone with gold sparkle case. | |
| 231 | | | | | N-1416a<br>5/29/2025<br>Cellular device extraction from N-1416. | |
| 232 | | | | | N-1417<br>4/28/2025<br>Blue iPhone with white case | |
| 233 | | | | | N-1418<br>4/28/2025<br>Navy Blue iPhone with no case | |
| 234 | | | | | N-1418a<br>5/29/2025<br>Cellular device extraction from N-1418. | |
| 235 | | | | | N-1419<br>4/28/2025<br>Black iPhone with a clear case | |

| 236 | | | | | N-1419a<br>5/29/2025<br>Cellular device extraction from N-1419. | |
| 237 | | | | | N-1420<br>4/28/2025<br>Navy Blue iPhone with a navy blue case | |
| 238 | | | | | N-1420a<br>5/29/2025<br>Cellular device extraction from N-1420. | |
| 239 | | | | | N-1421<br>4/28/2025<br>Navy Blu iPhone with a black case | |
| 240 | | | | | N-1421a<br>5/29/2025<br>Cellular device extraction from N-1421. | |
| 241 | | | | | N-1422<br>4/28/2025<br>Cream colored iPhone with a clear case. | |
| 242 | | | | | N-1422a<br>5/29/2025<br>Cellular device extraction from N-1422. | |
| 243 | | | | | N-1423<br>4/28/2025<br>Silver iPhone with a navy blue case. | |
| 244 | | | | | N-1424<br>4/28/2025<br>Tax documents | |
| 245 | | | | | N-1425<br>4/28/2025<br>Drug Ledger | |
| 246 | | | | | N-1426<br>4/28/2025<br>Drug Ledger | |
| 247 | | | | | N-1427a<br>4/28/2025<br>Photograph of $2,848,813.00 | |
| 248 | | | | | N-1427b<br>4/28/2025<br>SSEE EL000004739, SSEE L000056752 and SSEE S001621014, and rubber bands which all previously contained $2,848,813.00. | |
| 249 | | | | | 4/28/2025<br>Photograph of 2024 Mercedes GLE 63s AMG Coupe | |
| 250 | | | | | 4/28/2025 | |

| | | | | | | Description | |
|---|---|---|---|---|---|---|---|
| | | | | | | Photograph of 2021 Ford F-150 Shelby Super Snake Sport – 770 Horsepower | |
| 251 | | | | | | 4/28/2025<br>Photograph of gold jewelry – two necklaces and four bracelets | |
| 252 | | | | | | N-1432<br>4/28/2025<br>Pole camera footage from residence in Salem, Oregon. | |
| 253 | | | | | | N-1500a<br>4/28/2025<br>Photograph of $780,200.00. | |
| 254 | | | | | | N-1500b<br>4/28/2025<br>Original rubber bands, which all previously contained $780,200.00. | |
| 255 | | | | | | 4/28/2025<br>Photograph of White 2021 Dodge Ram TRX Mammoth 1000 | |
| 256 | | | | | | 4/28/2025<br>Photograph of $192,885.00 | |
| 257 | | | | | | 4/28/2025<br>Photograph of $200,000.00 in U.S. Currency | |
| 258 | | | | | | N-1512<br>5/6/2025<br>One grey iPhone with clear and white case. | |
| 259 | | | | | | N-1513<br>5/6/2025<br>One black iPhone with clear/white case. | |
| 260 | | | | | | N-1514<br>5/6/2025<br>Search warrant photos of residence in Phoenix, Arizona. | |
| 261 | | | | | | N-1515<br>5/6/2025<br>A black and red key remote with a black and red Arizona Teddy bear to a TRX pickup. | |
| 262 | | | | | | Exhibit 24<br>4/28/2025<br>Fentanyl-Powder 1012 g | |
| 263 | | | | | | Exhibit 25<br>4/28/2025<br>Methamphetamine – crystalline 4473 g | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 264 | | | | | | Exhibit 26<br>4/28/2025<br>Heroin – rock like 990.39 g | |
| 265 | | | | | | Exhibit 27<br>4/28/2025<br>Methamphetamine – crystalline 26.8g | |
| 266 | | | | | | Exhibit 28<br>4/28/2025<br>Heroin – rock like 996.02 g | |
| 267 | | | | | | Exhibit 29<br>4/28/2025<br>Heroin – rock like – 992.5 g | |
| 268 | | | | | | Exhibit 30<br>4/28/2025<br>Fentanyl – 100,930 pills – 10.94 kg | |
| 269 | | | | | | Exhibit 31<br>4/28/2025<br>Cocaine HCL – Powder 5035.6 g | |
| 270 | | | | | | 4/28/2025<br>Photograph of $93,334.00 | |
| 271 | | | | | | 4/28/2025<br>Photograph of Tan 2021 Dodge Ram TRX | |
| 272 | | | | | | 4/28/2025<br>Photograph of Hellcat | |
| 273 | | | | | | N-1524<br>4/28/2025<br>Black iPhone with a black case | |
| 274 | | | | | | N-1525<br>4/28/2025<br>A white iPhone with a multicolored case. | |
| 275 | | | | | | N-1526<br>4/30/2025<br>Red notebook - drug ledger | |
| 276 | | | | | | Exhibit 39<br>4/30/2025<br>Cocaine HCL – Powder 2837.7 g | |
| 277 | | | | | | Exhibit 40<br>4/30/2025<br>Heroin – Gum Like 226 g | |
| 278 | | | | | | Exhibit 41<br>4/30/2025<br>Methamphetamine – crystalline 459.6 g | |
| 279 | | | | | | Exhibit 42<br>4/30/2025<br>Fentanyl – 1,236 pills – 137.7 g | |
| 280 | | | | | | Exhibit 101 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Fentanyl – 365.9 g | |
| 281 | | | | | | Photographs of the execution of a search warrant conducted on April 28, 2025. | |
| 282 | | | | | | Canik SFx Rival 9x19 9mm handgun, serial number T6472-22CM30658 | |
| 283 | | | | | | black and tan AR-style 5.56x45mm pistol with no serial number ("ghost gun") | |
| 284 | | | | | | Keltec Sub2000 9mm pistol carbine, serial number 07401 | |
| 285 | | | | | | Smith & Wesson M&P Shield .40 caliber handgun, serial number JDV5702 | |
| 286 | | | | | | Intratec TEC-9 9mm Luger firearm, serial number 02015 | |
| 287 | | | | | | Smith & Wesson 9mm pistol, serial number HXP8229 | |
| 288 | | | | | | Colt .22 caliber pistol, serial number PH36149 | |
| 289 | | | | | | 9mm handgun with no serial number, comprised of a Polymer 80 brand polymer lower, model number PF94DV2, with 9mm upper ("ghost gun") | |
| 290 | | | | | | Bryco Jennings 9mm handgun, serial number 1413813 | |
| 291 | | | | | | Hi-Point C9 9mm handgun, serial P1698087 | |
| 292 | | | | | | Ruger LC9 9mm handgun, serial number 25-2358 | |
| 293 | | | | | | Ruger American 9mm handgun, serial number 860-08862 | |
| 294 | | | | | | Diamondback DB 380 .380 caliber handgun, serial number ZH8484 | |
| 295 | | | | | | Iver Johnson Target 55A .22 caliber revolver, serial number H44606 | |
| 296 | | | | | | Smith & Wesson M&P FPC 9mm pistol carbine, serial number VA28030 | |
| 297 | | | | | | Connecticut Valley Arms .50 caliber back powder pistol, no serial number | |
| 298 | | | | | | grey Ghost Precision 9mm pistol, no serial number, ("ghost gun") | |
| 299 | | | | | | Glock" polymer lower 9mm pistol, no serial number ("ghost gun") | |
| 300 | | | | | | Ruger EC9S 9mm handgun, serial number 458-63348 | |
| 301 | | | | | | Springfield Armory Hellcat 9mm handgun, serial number BY388646 | |

| 302 | | | | | | Glock 43X, 9mm handgun, serial number BZNK859 | |
|-----|--|--|--|--|--|--------------------------------------------------|--|
| 303 | | | | | | Smith & Wesson M&P 10mm handgun, serial number NMV8695 | |
| 304 | | | | | | Kimber Micro 9mm handgun, serial number PB0238281 | |
| 305 | | | | | | Ruger SP101 .357 caliber magnum revolver, serial number 578-46105 | |
| 306 | | | | | | 9mm pistol comprised of a Glock lower with serial number BKZC204 and a non-Glock upper slide with no serial number | |
| 307 | | | | | | 9mm fully automatic pistol comprised of a Glock lower with serial number BUXP852 and a Grey Ghost Precision upper slide with no serial number and an installed machinegun conversion device | |
| 308 | | | | | | approximately 98 rounds of 9mm caliber ammunition | |
| 309 | | | | | | approximately 10 rounds of .22 caliber ammunition | |
| 310 | | | | | | approximately three rounds of .40 caliber ammunition | |
| 311 | | | | | | approximately 12 rounds of .10mm caliber ammunition | |
| 312 | | | | | | approximately 30 rounds of .357 caliber ammunition | |
| 313 | | | | | | Photograph of $348,306.00 in U.S. Currency | |
| 314 | | | | | | Exhibit 301 Fentanyl – 1,016 pills - 109.7 g | |
| 315 | | | | | | Exhibit 302 Fentanyl – 2,993 pills - 409.2 g | |
| 316 | | | | | | Exhibit 303 Fentanyl/cocaine 476.53 g | |
| 317 | | | | | | Exhibit 304 Heroin – 111.48 g | |
| 318 | | | | | | Exhibit 305 Heroin – 1198.4 g | |
| 319 | | | | | | Exhibit 306 Fentanyl – 99,245 pills - 10944.8 kg | |
| 320 | | | | | | Exhibit 307 Methamphetamine – 1140.3 g | |
| 321 | | | | | | Exhibit 308 Fentanyl – 76 pills – 8.2 g | |
| 322 | | | | | | Exhibit 309 Fentanyl – 1,006 pills – 105.8 g | |

| 323 | | | | | | Exhibit 310<br>Fentanyl – 333,693 pills – 35.7 kg | |
| 324 | | | | | | Photographs of the execution of a search warrant conducted on April 28, 2025. | |
| 325 | | | | | | Rohm RG 20 revolver, .22 caliber, serial number 60470 | |
| 326 | | | | | | Rohm RG 14 revolver, .22 caliber, serial number L674084 | |
| 327 | | | | | | Anderson AM-15 rifle, serial number 19284568 | |
| 328 | | | | | | Romarm Draco, AK-47, 7.62x39 caliber, serial number ROA 22 DG-5305 | |
| 329 | | | | | | 10-22 Ruger long rifle, serial number 0009-51206 | |
| 330 | | | | | | Beretta, model .20, .25 caliber pistol, serial number BE05151V | |
| 331 | | | | | | Jana Bison .22 long caliber revolver, serial number 367561 | |
| 332 | | | | | | CZ 85 Combat, .40 caliber pistol, serial number B364269 | |
| 333 | | | | | | FNH, model FNS-40, .40 caliber pistol, serial number GKU0006091 | |
| 334 | | | | | | Springfield XDS-9, 9mm caliber pistol, serial number S3662973 | |
| 335 | | | | | | Taurus Judge, .45/410 caliber revolver, serial number AU26085 | |
| 336 | | | | | | Kel Tec shotgun, model KSG, serial number XXM703 | |
| 337 | | | | | | Century Arms CANik 9x19, 9mm caliber, serial number T6472-21 CC10183 | |
| 338 | | | | | | Anderson AM-15, serial number 22074976 | |
| 339 | | | | | | Approximately $2,476.00 in United States currency. | |
| 340 | | | | | | Exhibit 331<br>Fentanyl – 126 pills – 13.340 g | |
| 341 | | | | | | Exhibit 332<br>Fentanyl – 1 pill – 0.109 g | |
| 342 | | | | | | Exhibit 335<br>Fentanyl – 11052.8 g | |
| 343 | | | | | | Exhibit 26<br>Fentanyl – 11,000 pills | |
| 344 | | | | | | Photographs of execution of search warrant on May 1, 2025. | |
| 345 | | | | | | N-2117<br>5/1/2025 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Make: Ruger Model: SR22 Serial#: 360-21717 | |
| 346 | | | | | | N-2117a<br>5/1/2025<br>A black .22LR magazine. | |
| 347 | | | | | | N-2117b<br>5/1/2025<br>Seven .22LR rounds | |
| 348 | | | | | | N-2118<br>5/1/2025<br>Ammunition | |
| 349 | | | | | | N-2119<br>5/1/2025<br>A black rifle magazine. | |
| 350 | | | | | | N-2120<br>5/1/2025<br>Photographs of the execution of a search warrant conducted on May 1, 2025. | |
| 351 | | | | | | N-2122<br>Make: Hi-Point Model: C-9 Serial#: 10209505 | |
| 352 | | | | | | N-2122a<br>A black Hi- Point magazine. | |
| 353 | | | | | | N-2122b<br>Five rounds of 9mm | |
| 354 | | | | | | N-2125<br>Make: Ruger Model: LPC Serial#: 379176506 | |
| 355 | | | | | | N-2125a<br>A black Ruger magazine. | |
| 356 | | | | | | N-2125b<br>Five rounds of .380 | |
| 357 | | | | | | Consent Form to Search 701 Menaul Blvd NW and black iPhone with black case dated May 2, 2025. | |
| 358 | | | | | | N-437<br>Photographs of the execution of a search warrant conducted on May 2, 2025. | |
| 359 | | | | | | N-435<br>5/2/2025<br>Black iPhone with a black case<br>Phone number (505) 702-6594 | |
| 360 | | | | | | N-436a<br>5/2/2025<br>Photographs of $4,522.00 | |
| 361 | | | | | | N-436b | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | SSEE which originally contained the $4,522.00 | |
| 362 | | | | | | Jail Calls | |
| 363 | | | | | | Court documents – Prior Convictions | |
| 364 | | | | | | *United States v. Alex Martinez*, 21-CR-0310 DHU – Plea Agreement | |
| 365 | | | | | | *United States v. Alex Martinez*, 21-CR-0310 DHU – Conditions of Release | |
| 366 | | | | | | HSA Link Chart | |