Customer name: Alex Martinez
Service address: 8006 Morrow Ave. NE, Albuquerque, NM 87110
Mailing address: 2585 State Highway 47 Belen, NM 87002



Phone Number: 505-702-6594

GOVERNMENT
EXHIBIT

1

U.S. v. Salazar Amaya, et al.     PROTECTIVE ORDER                     MARTINEZ-0345

Customer Account Number: 115710973

## Customer Maintenance (UCACUST 2.2.3.1-0)(PROD)

**Customer ID:** 115710973

**Name(Last/Corp):** MARTINEZ
**First Name:** ALEX     **Middle Name:**
**Active:** ☑     **Pay by Check:** ☑
**Established Date:** 28-SEP-2006     **Cease Date:**
**SSN/SIN/TFN:** ████-8731  [Mask]    **Date of Birth:** 17-MAR-1987  [Mask]
**Driver's Lic:**  [Unmask]    **State/Poss:**
**1099 Required:** ☐    **Nation:**
**Primary 1099:** ☑
**Fed Emp ID:**  [Unmask]    **Ethnic Code:**
**Email :** alexmartinezmadden@gmail.com     [Send pre-reg link]    ☐ MKTG Opt Out
**Employer:** Day and Night LLC     **Approval Code:**
**Other Responsible Party:**     **SSN/SIN/TFN:**  [Unmask]
**Message Code:**
**Deposit Rating:** P  Poor

**Transportation:** ☐    **Gas Choice:** ☐    **Electricity Choice:** ☐

[Deposit Rat...] [Credit Cards...] [Address...] [Telephone...] [Previous Name...] [Audit ...] [Quit]

Usage

## Usage History

**More Options:**
View My Bill
Printer Friendly (PDF)

**ALEX MARTINEZ**
**8006 MORROW AVE**
**ALBUQUERQUE NM 87110-4834**
**115710973-0213345**

**How To:**
Read your meters

### Electric Service # 100

| Charge Date | Days | Reading | Kwh | Total Charge |
|---|---|---|---|---|
| 12/09/2024 | 12 | 78,294 | 91 | $18.65 |
| 11/27/2024 | 28 | 78,203 | 394 | $59.77 |
| 10/30/2024 | 30 | 77,809 | 656 | $108.23 |
| 09/30/2024 | 24 | 77,153 | 682 | $95.83 |

Copyright © 2002-12 PNM. All Rights Reserved. | Terms of Use

Payment via Kubra



Payment card number and account information: PNM does not store card and account information.

Service initiated date: Account established 09/03/2024



Service termination date: 12/21/2024

| Meter Read Date | Days Billed |
| --- | --- |
| 12/09/2024 | 12 |

U.S. v. Salazar Amaya, et al.     PROTECTIVE ORDER          MARTINEZ-0347

# PNM
## Statement of Account



**From Date:** 01-JUL-2024

**To Date:** 31-MAR-2025

**Report Date:** 23-JUL-2025
**Report Source:** UZISTAC
**Page No:** 1

**Customer Code:** 115710973    **Name:** MARTINEZ, ALEX

**Premise Code:** 0213345    **Address:** 8006 MORROW AVE NE

ALBUQUERQUE    NM  87110-4834

## Account Information

Previous balance on   01-JUL-2024   was **0.00**

| Trans. Date | Transaction Description | Amount | Payment | Account Balance |
|---|---|---|---|---|
| 06-SEP-2024 | Connect Charge (Read Only) | 7.53 | | 7.53 |
| 30-SEP-2024 | Electric | 95.83 | | 103.36 |
| 22-OCT-2024 | Payment       KUBR | | 103.36 | 0.00 |
| 30-OCT-2024 | Electric | 108.23 | | 108.23 |
| 27-NOV-2024 | Electric | 59.77 | | 168.00 |
| 09-DEC-2024 | Electric | 18.65 | | 186.65 |
| 22-MAR-2025 | Charges Written Off | 186.65 CR | | 0.00 |

**Total Balance Due:**    **0.00**

U.S. v. Salazar Amaya, et al.    PROTECTIVE ORDER    MARTINEZ-1458

CERTIFICATE OF AUTHENTICITY

I, _____Mariah Vigil_____, attest under penalties of

perjury (or criminal punishment for false statement or false attestation) that I am employed

by _____PNM_____[Name of Business], and that

my official title is ____Performance Analyst_____. I am a custodian of

records for such business entity. I state that each of the records attached hereto is the original

record of a true duplicate of the original record in the regularly conducted activity of the above

business entity, and that I am the custodian of the attached records, consisting of

billing name, payment date, date of service & termination, and usage[describe attached records

and/or list number of page(s) attached].

I further certify that:

A.     All records attached to this Certificate were made at or near the time of the

occurrence of the matters set forth by, or from information transmitted by, a person with

knowledge of those matters;

B.     Such records were kept in the course of the regularly conducted business

activity; and

C.     Such records were made by the regularly conducted business activity as a

regular practice.

I further state that this certification is intended to satisfy Rules 803(6) and 902(11) of the

Federal Rules of Evidence.

07/24/2025                                                     _____ *Mariah Vigil*_____
Date                                                              Signature

U.S. v. Salazar Amaya, et al.     PROTECTIVE ORDER                    MARTINEZ-0348