# UNITED STATES DISTRICT COURT
### District of New Mexico

**USA v. ALEX ANTHONY MARTINEZ**                    Case No. CR 25-879-008 JB

## EXHIBIT AND WITNESS LIST

| Presiding Judge:<br>James O. Browning | Plaintiff's Counsel:<br>Matthey McGinley/Raquel Ruiz-Velez/Blake Nichols/Elaine Ramirez, AUSAs | Defendant's Counsel:<br>Nick Hart/Carter Harrison<br>(Appointed) |
|---|---|---|
| **James Hearing Dates:**<br>July 28, 2025 | **Court Reporter:**<br>Jennifer Bean | **Courtroom Deputy/Law Clerk:**<br>K. Wild/C. Padilla |

| Plf.<br>No. | Def.<br>No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| | | | | | **MONDAY, JULY 28, 2025** |
| | | | | | Govt. calls **Timothy Piatt** (sworn) |
| 1 | | 7/28/2025 | Pre- | X | *James* Hearing Exhibits 100-212 (Doc. 406 in CR 25-879) |
| 2 | | 7/28/2025 | Pre- | X | Jose Marquez's Plea Agreement (Doc. 272 in CR 25-879) |
| 3 | | 7/28/2025 | Pre- | X | PNM Utility Record for 8006 Morrow |
| 4 | | 7/28/2025 | Pre- | X | Bruce Sedillo's Plea Agreement (Doc. 285 in CR 25-879) |
| 5 | | 7/28/2025 | Pre- | X | Phillip Lovato's Plea Agreement and Clerk's Minutes (Docs. 24 and 25 in CR 25-2089 JCH) |
| 6 | | 7/28/2025 | Pre- | X | David Anesi's Plea Agreement (Doc. 425 in CR 25-879) |
| 7 | | 7/28/2025 | Pre- | X | Brian Sanchez's Plea Agreement (Doc. 293 in CR 25-879) |
| 8 | | 7/28/2025 | Pre- | X | Francisco Garcia's Plea Agreement (Doc. 341 in CR 25-879) |
| 9 | | 7/28/2025 | Pre- | X | Acuna Moreno's Plea Agreement (Doc. 416 in CR 25-879) |
| 10 | | 7/28/2025 | Pre- | X | T-III Application in MR 24-1602 |
| 11 | | 7/28/2025 | Pre- | X | T-III Application in MR 24-2014 JB |
| 12 | | 7/28/2025 | Pre- | X | Extraction of Conversations with Alex Martinez from Bruce Sedillo's Cell Phone |
| 13 | | 7/28/2025 | Pre- | X | Cooperator Addendums for co-defendants |
| 14 | | 7/28/2025 | Pre- | X | DEA-6 of Debrief for Phillip Lovato |
| 15 | | 7/28/2025 | Pre- | X | Debrief of Francisco Garcia |
| 16 | | 7/28/2025 | Pre- | X | Report of Investigation by USMS (Tyler Foster) |
| | | | | | **Piatt** retakes stand (previously sworn) |
| | | | | | ***END*** |