**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.                                    No. 25-CR-0879JB-8
                                          No. 21-CR-00310-JB

ALEX ANTHONY MARTINEZ,

      Defendant.

## <u>MOTION TO CONTINUE SENTENCING AND EXTEND CORRESPONDING DEADLINES</u>

Defendant Alex Martinez, by and through undersigned counsel, hereby moves this Court to continue his May 12, 2026 sentencing hearing in both of the above-styled cases by 60 days, and to extend the deadlines for Sentencing Memoranda and Objections to the Presentence Investigation Report by 60 days. As grounds for this Motion, Mr. Martinez States:

1. Counsel for Mr. Martinez still needs to meet with Mr. Martinez to discuss the Addendums to the Presentence Investigation Report, as well as other matters, with Mr. Martinez. Counsel for Mr. Martinez also needs more time to gather relevant information for his sentencing.

2. Mr. Martinez's long-time girlfriend, with whom he shared a residence prior to his detention, is currently undergoing surgical procedures as part of her cancer treatment. Mr. Martinez would like to be close to her while she goes through this ordeal.

3.      Mr. Martinez's girlfriend does not have an exact date for her surgery as of the time of this filing, but based on the comments from her doctors she anticipates that the surgery will take place in early June at the soonest. Both she and Mr. Martinez have requested that Mr. Martinez be allowed to remain at his current facility until she has had her surgery.

4.      Thus, a 60-day continuance of Mr. Martinez's sentencing would serve a dual purpose: it would allow his Counsel the time he needs to gather information for his sentencing, and it would allow Mr. Martinez to be close to the woman he loves while she undergoes one of the most difficult periods of her life.

5.      The United States was contacted for its permission but did not respond as of the time of filing of this Motion.

**Conclusion**

The Motion should be granted, and the sentencing set for May 12, 2026 should be continued by 60 days. Furthermore, the deadlines for Sentencing Memoranda and Objections to the Presentence Investigation Report should be extended by 60 days.

Respectfully submitted,

HARRISON & HART, LLC

By:  */s/ Nicholas T. Hart*

Nicholas T. Hart
Carter B. Harrison IV
924 Park Avenue SW, Suite E
Albuquerque, NM 87102
Tel:  (505) 295-3261
Fax:  (505) 341-9340
Email: nick@harrisonhartlaw.com

*Attorneys for Defendant Alex Martinez*

**<u>This Filing Has No Exhibits</u>**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May 2026, I filed the foregoing Motion electronically via the Court's CM/ECF filing system, causing a copy of it to be served on all counsel of record.

HARRISON & HART, LLC

By: _/s/ Nicholas T. Hart_
        Nicholas T. Hart